IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

**JANIS SHUMWAY, Individually,**

      **Plaintiff ,**

**v.**

Case No.: 1:21-cv-01058-STA-jay

**SHREE SHASTRIJI, LLC d/b/a
AMERICANA INN, a Tennessee Limited
Liability Company,**

      **Defendant.**

_____

## NOTICE OF SETTLEMENT OF CLAIM

Plaintiff, JANIS SHUMWAY, by and through undersigned counsel, respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against Defendant.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3. Accordingly, the parties ask for a 30-day extension of all deadlines.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this September 16, 2021.

    Respectfully submitted,

    Attorney for Plaintiff:

    By: /s/ Kimberly A. Corkill, Esq.

    Kimberly A. Corkill, Of Counsel
    Thomas B. Bacon, P.A.

7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942